IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00189-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY HILL,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendant's September 8, 2006 letter (doc. no. 103) requesting release from financial responsibilities.  The defendant's term of supervised release was completed on February 3, 2003.  This court does not have jurisdiction to grant the relief requested.  It is therefore ordered that the defendant's request is denied.

    DATED at Denver, Colorado, on April 27, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL